# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGIA MCMULLEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 1:22-cv-101-SNLJ |
| | ) |
| **MISSOURI SCHOOLS FOR THE** | ) |
| **SEVERELY DISABLED, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to amend her complaint. [Doc. 14.] Defendants moved to dismiss plaintiff's employment discrimination complaint, and plaintiff did not respond to the motion. This Court thus granted the motion to dismiss on October 3, 2022. Plaintiff filed the instant motion requesting leave to file an amended complaint on October 25. Defendants did not file a response in opposition to the motion to file the amended complaint, and time for doing so has passed.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion to file an amended complaint [Doc. 14] is GRANTED.

IT IS FURTHER ORDERED that this case shall be reopened and the proposed amendment filed in the case as plaintiff's amended complaint.

Dated this  8th  day of December, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE